IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SULLIVANS, INC., a Massachusetts corporation, <br><br> Plaintiff, <br><br> v. <br><br> CHASE ERGONOMICS, INC., a New Mexico corporation; AMAZON.COM, INC., a Delaware corporation; COSTCO WHOLESALE CORPORATION, a Washington corporation; and WAL-MART STORES, INC., a Delaware corporation, <br><br> Defendants. | Civil Action No. 1:10-CV-11206-DPW |

## ~~[PROPOSED]~~ ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS

This matter comes before the Court on Plaintiff, Sullivans', Inc. and Defendant, Chase Ergonomics', Inc. Joint Motion to Dismiss All Claims and Counterclaims. Having considered the motion, it is hereby

ORDERED, that the Joint Motion to Dismiss All Claims and Counterclaims, dated August 12, 2011, is granted and that the complaint be dismissed with prejudice.

IT IS SO ORDERED.
DATED: October 1, 2011

Hon. Douglas P. Woodlock
United States District Judge

